UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

MORGAN ROSENBERG

WARRANT OF ARREST

CASE NUMBER: 04-80-B-W

TO: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Morgan Rosenberg and bring him or her forthwith to the nearest magistrate to answer an Violation Notice charging him or her with:

Count One: violation of conditions of supervised release, in violation of Title 18 United States Code, Section(s) 3606,

Brenda DeRoche
Name of Issuing Officer

Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

November 30, 2007, Bangor, ME
Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED 11/30/07 DATE OF ARREST 11/30/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |