UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 04-80-B-W |
| | ) |
| MORGAN ROSENBERG, | ) |
| | ) |
| Defendant | ) |

ORDER OF REVOCATION AND DETENTION
PENDING REVOCATION HEARING

In accordance with the Bail Reform Act, 18 U.S.C. § 3148(b)(1)-(2), a hearing on revocation and detention was held on Thursday, December 13, 2007, on the government's motion to revoke release of Defendant Morgan Rosenberg in the above matter.  Magistrate Judge Kravchuk issued an Order Setting Conditions of Release on November 30, 2007, thereby releasing defendant pending a revocation of supervised release hearing previously scheduled for January 22, 2008, before U.S. District Court Judge John A. Woodcock, Jr.

During the hearing defendant stipulated there is evidence that he violated the conditional order of release entered by me on November 30, by failing to return home and comply with his electronic monitoring.  Defendant did not offer any evidence or contest in any way this bail revocation hearing.

I am satisfied based on the information contained within the government's motion for revocation to which the defendant has stipulated that there is clear and convincing evidence that the defendant has violated conditions of release.

Given these facts, I find that it is unlikely the Defendant will abide by any condition or

combination of conditions imposed by this court.  Furthermore, the defendant specifically waived his right to have any further hearing on the issue of continued detention, especially in light of the fact that the clerk has rescheduled his revocation of supervised release hearing date to an earlier date.

It is therefore, <u>ORDERED</u>, that the conditions of release previously entered in the matter be revoked.  Defendant shall be detained pending revocation hearing now scheduled before U.S. District Court John A. Woodcock, Jr. for Friday, December 28, 2007, at 9:00 a.m..

The Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of appearing in connection with a court proceeding.

*So Ordered.*

December 13, 2007

/s/ Margaret J. Kravchuk
U.S. Magistrate Judge