Prob 12C
(1/06)

# United States District Court
## for the District of Maine
### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:**  Morgan Peter Rosenberg        **Case Number:**  1:04CR00080-001

**Name of Sentencing Judicial Officer:**  The Honorable John A. Woodcock, Jr., Chief U.S. District Judge

**Date of Original Sentence:**  3/2/2005
**Date of First Revocation:**  1/18/2008

**Original Offense:**  Possession with Intent to Distribute, and Distribution of Cocaine, 21 U.S.C. § 841(a)(1)

**Original Sentence:**  Imprisonment - 8 Months; Supervised Release - 36 Months
**First Revocation Sentence:**  Imprisonment - 5 Months; Supervised Release - 36 Months

**Type of Supervision:**  Supervised Release        **Date Supervision Commenced:** 6/23/2005
                                                   **Date Supervision Commenced after First Revocation:** 5/9/2008

**Assistant U.S. Attorney:**                        **Defense Attorney:**
Daniel J. Perry                                     Richard L. Hartley

---

## PETITIONING THE COURT

[ X ]  To issue a warrant/matter to be sealed pending arrest or until detainer is lodged.
[ ]  To issue a warrant/matter to be sealed pending arrest.  Attachment to remain sealed after arrest.
[ ]  To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Special Condition 4: Defendant shall not use or possess any controlled substance or intoxicants (to include alcohol); and shall participate in a program of drug and alcohol abuse therapy to the satisfaction of the supervising officer. This shall include testing to determine if the defendant has made use of drugs or intoxicants. The defendant shall submit to one test within 15 days of release from imprisonment and at least two additional tests during the term of supervision, but not more than 70 tests per year thereafter, as directed by the probation officer. Defendant shall pay/co-pay for services provided during the course of such treatment to the supervising officer's satisfaction. The defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficacy and accuracy of any testing for drugs or intoxicants.** |

The defendant commenced his current term of Supervised Release on May 9, 2008, after his release from custody on his first revocation of supervision.  On May 12, 2008, the defendant was advised of the conditions of his supervised release and signed an "Acknowledgment of Conditions of Probation/Supervised Release," acknowledging that he had the conditions of supervision read to him and fully understands the conditions and has been provided a copy of them.

On **June 1, 2010**, the defendant submitted to a random drug test which produced a positive result for the presence of cocaine.  Rosenberg signed an admission form on **June 2, 2010**, admitting to cocaine and alcohol use on or about **May 29, 2010.**  The defendant was enrolled in the ACCI Home Study Course on **June 16, 2010**, to address his drug use.  On **September 27, 2010**, a representative from ACCI reported that the defendant had not completed and submitted the course work during the required time period and numerous attempts to contact Rosenberg had been unsuccessful.  The defendant submitted to a random drug test on **June 22, 2010**, which produced a positive result for the presence of cocaine.  Rosenberg signed an admission form on **July 2, 2010**, admitting to cocaine use on **June 22** and **June 28, 2010.**

Rosenberg submitted to random drug tests on **August 25, September 13, September 30, October 7, November 23, December 6 and December 8, 2010**, all of which produced Invalid results.  As a result of these results, Rosenberg was placed on a sweat patch to test for substance use.  On **December 14, 2010**, the defendant admitted to cocaine use.  Sweat patches placed on the defendant on **December 9** and **December 28, 2010**, resulted in positive results for cocaine use.  The sweat patch placed on the defendant on **December 17, 2010**, was no longer on the defendant when he reported for removal of the patch on **December 28, 2010.**

**2** **Standard Condition 7: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, or distribute or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.**

 On **January 5, 2011**, the defendant entered the Margaret Chase Smith Federal Building with a marijuana pipe in his possession.  The pipe was detected during security screening and seized by guards at the front entrance.  The pipe was retrieved by U.S. Probation Officer Robert Jeffery as evidence.  Rosenberg admitted to having the pipe in his possession, stating it was in an old jacket he had not worn in a long time.

Prob 12C -3- **Petition for Warrant or Summons
for Offender Under Supervision**

## U.S. Probation Officer Recommendation:

The term of supervision should be:
[X] Revoked
[ ] Extended for year(s), for a total term of years.

[ ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 18, 2011

By:

Robert L Jeffery
U.S. Probation Officer

Reviewed by:

Eric M. Storms
Supervisory U.S. Probation Officer
Date:  January 18, 2011

Prob 12C                                    -4-                    Petition for Warrant or Summons
                                                                   for Offender Under Supervision

**ME100**

# SUPERVISED RELEASE VIOLATION COVER SHEET

**NAME:**  Morgan Peter Rosenberg

**Y/O/B:**  1979

**Offense(s) of Conviction and Classification:**  Possession with Intent to Distribute, and Distribution of Cocaine
Class C Felony

**Original Sentence and Date Imposed:**      Imprisonment - 8 Months
                                             Supervised Release - 36 Months

                                             Imposed:  3/2/2005

**First Revocation Sentence and Date Imposed:**   Imprisonment - 5 Months
                                                  Supervised Release - 36 Months

                                                  Imposed:  1/18/2008

**Available Penalties for Current Violation (with statutory reference):**

   **Imprisonment:** 19 months remaining, 18 U.S.C. § 3583(e)(3)

   **Additional Period of Supervised Release:** Life, less any term of imprisonment imposed upon
        revocation of supervised release, 18 U.S.C. § 3583(h)

**Supervising Probation Officer:**  Robert L Jeffery