Prob 12C Attachment
(1/07)

# United States District Court
## for the District of Maine
### Attachment to Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Morgan Peter Rosenberg          **Case Number:** 1:04CR00080-001

**Name of Sentencing Judicial Officer:** The Honorable John A. Woodcock, Jr., Chief U.S. District Judge

**Date of Original Sentence:** 3/2/2005
**Date of First Revocation:** 1/18/2008
**Date of Second Revocation:** 5/3/2011

**Original Offense:** Possession with Intent to Distribute, and Distribution of Cocaine, 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2

**Original Sentence:** Imprisonment - 8 Months; Supervised Release - 36 Months
**First Revocation Sentence:** Imprisonment - 5 Months; Supervised Release - 36 Months
**Second Revocation Sentence:** Imprisonment - Time Served (77 Days); Supervised Release - 36 Months

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** 6/23/2005
**Date Supervision Commenced after First Revocation:** 5/9/2008
**Date Supervision Commenced after Second Revocation:** 5/3/2011

**Assistant U.S. Attorney:**          **Defense Attorney:**
F. Todd Lowell                        Richard L. Hartley

---

The information contained in this attachment is sensitive and confidential and is provided to the Court as further evidence about the nature of non-compliance found in the petition.

| | |
|---|---|
| 1 | **Special Condition 4: Defendant shall not use or possess any controlled substance or intoxicants (to include alcohol); and shall participate in a program of drug and alcohol abuse therapy to the satisfaction of the supervising officer. This shall include testing to determine if the defendant has made use of drugs or intoxicants. The defendant shall submit to one test within 15 days of release from imprisonment and at least two additional tests during the term of supervision, but not more than 70 tests per year thereafter, as directed by the probation officer. Defendant shall pay/co-pay for services provided during the course of such treatment to the supervising officer's satisfaction. The defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficacy and accuracy of any testing for drugs or intoxicants.** |

**Prob 12C** -2- **Petition for Warrant or Summons
for Offender Under Supervision**

Upon his release from his second revocation, the defendant was directed to attend the Intensive Outpatient Program for substance abuse at Northeast Occupational Exchange. This program meets three days per week for three hours per day. In the month of June 2011, the defendant attended a total of five treatment sessions in violation of his terms of supervision. In addition, upon receiving information that the defendant was not attending his required sessions, this officer contacted the defendant by phone to advise him that he is repeating the pattern of behavior that led to his prior revocations and this would not be tolerated. Rosenberg ultimately called this officer back on July 6, 2011, and admitted to using cocaine on two occasions.